IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARBARA HAIGLER, as Personal Representative for the ESTATE OF TANGELA HAILGER,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO.: 2:07-CV-191-MHT |
| **ELI LILLY AND COMPANY et al.,** ) ) | |
| Defendants. ) | |

### DEFENDANT ELI LILLY AND COMPANY'S
### <u>CORPORATE DISCLOSURE STATEMENT</u>

Defendant Eli Lilly and Company, pursuant to Rule 7.1, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

s/ James C. Barton, Jr.
James C. Barton, Jr. (BAR014)
Bar Number:   ASB-0237-B51J
Email: jbartonjr@jbpp.com

s/ Alan D. Mathis
Alan D. Mathis (MAT052)
Bar Number:   ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for defendant
Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & ROSE LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
(205) 458-9400
(205) 458-9500 (fax)

**OF COUNSEL**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on March 23, 2007, using the CM/ECF system, which will send notification of such filing to the following:

        Zachary T. Collins
        Zachary T. Collins, Attorney at Law, LLC
        207 Montgomery Street
        Suite 215
        Montgomery, AL  36104


        s/ Alan D. Mathis
        Of Counsel

W0596663.DOC