**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 2, 2007

# NOTICE OF NON-COMPLIANCE

**To:**              **ALL COUNSEL OF RECORD**

**Case Style:**        **Barbara Haigler v. Eli Lilly and Company**

**Case Number:**      **#2:07-cv-00191-MHT**

**Referenced Pleading:**     **Amendment to Complaint**

**Docket Entry Number:**     **#8**

**The referenced pleading was electronically filed on 3/30/2007 in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**Leave of court has not been granted allowing the filing of the amended complaint. The referenced document has been filed prematurely.**

**The wrong event code was used when the referenced document was filed. The pleading is an Amended Complaint, not an Amendment to Complaint.**

**Therefore, Document #8 is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**