IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BARBARA HAIGLER, as personal representative for the Estate of TANGELA HAIGLER,<br><br>    Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)     2:07cv191-MHT<br>)<br>)<br>)<br>) |

**ORDER**

It is ORDERED that the motion for leave to amend complaint (Doc. No. 12) is granted.

DONE, this the 6th day of April, 2007.

                     /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**