IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BARBARA HAIGLER, as )<br>personal representative )<br>for the Estate of )<br>TANGELA HAIGLER, )<br>   ) <br>   Plaintiff, ) <br>   ) <br>   v. ) <br>   ) <br>ELI LILLY AND COMPANY, ) <br>   ) <br>   Defendant. ) | CIVIL ACTION NO.<br>2:07cv191-MHT |

ORDER

It is ORDERED that the motion to stay pending MDL transfer (Doc. No. 16) is granted.

DONE, this the 11th day of April, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**