# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 16, 2007

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached CTO-82)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>March 29, 2007</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Mecca S. Thompson
Mecca S. Thompson
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Jack B. Weinstein
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

# INVOLVED COUNSEL LIST (CTO-82)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10167

Philip G. Auerback
Auerbach & Ryan
212 Maple Avenue
P.O. Box Y
Red Bank, NJ 07701

John F. Brenner
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Charles H. Carpenter
Pepper Hamilton, LLP
600 14th Street, NW
Washington, DC 20005-2008

Zachary Timothy Collins
207 Montgomery Street
Suite 213
Montgomery, AL 36104

David J. Cutshaw
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Asina C. Gant
Barnes & Thornburg, LLP
11 South Meridian Street
Suite 1313
Indianapolis, IN 46204

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W.
Suite 500
Washington, DC 20036

Steven Lim
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550-3341

Howard S. Lipman
Fine, Olin & Anderman, LLP
69 Delaware Avenue
Suite 500
Buffalo, NY 14202-3805

D. Todd Mathews
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Howard L. Nations
Law Offices of Howard L. Nations, PC
4515 Yoakum Boulevard
Houston, TX 77006-5895

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
Fifth Street Towers
100 South Fifth Street
Suite 1025
Minneapolis, MN 55402

W. Jason Rankin
Hepler, Broom, MacDonald, Hebrank, et al.
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

# INVOLVED JUDGES LIST (CTO-82)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. James Robertson
U.S. District Judge
4903 E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Federal Building & U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Michael James Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Naomi Reice Buchwald
U.S. District Judge
2270 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Thomas P. Griesa
Senior U.S. District Judge
1630 Thurgood Marshall U.S. Courthouse
40 Center Street
New York, NY 10007-1501

Hon. Richard J. Holwell
U.S. District Judge
1950 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Kenneth M. Karas
U.S. District Judge
920 Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Hon. Michael A. Telesca
Senior U.S. District Judge
2720 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

## INVOLVED CLERKS LIST (CTO-82)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

William T. Walsh, Clerk
2020 Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

A CERTIFIED TRUE COPY
APR 16 2007
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DATED 3/29/07
ROBERT C. HEINEMANN
BY _____ CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 29 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-82)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,556 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-82 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 07-191 | Barbara Haigler, etc. v. Eli Lilly & Co. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-405 | Stephen Whisenhunt v. Eli Lilly & Co. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 07-140 | Demont Davis v. Eli Lilly & Co. |
| **INDIANA SOUTHERN** | |
| INS 1 07-184 | Christopher M. Gurzi v. Eli Lilly & Co. |
| INS 1 07-185 | Stanlene McCarty v. Eli Lilly & Co. |
| INS 1 07-186 | William E. Wood v. Eli Lilly & Co. |
| **MINNESOTA** | |
| MN 0 07-1419 | Kenneth Unrue v. Eli Lilly & Co. |
| MN 0 07-1420 | Donald Simons v. Eli Lilly & Co. |
| MN 0 07-1445 | Amy Oberlin v. Eli Lilly & Co. |
| MN 0 07-1446 | Anna Medina, et al. v. Eli Lilly & Co. |
| **NEW JERSEY** | |
| NJ 3 07-1080 | Sherry Guimoye v. Eli Lilly & Co. |
| **NEW YORK SOUTHERN** | |
| NYS 1 07-1740 | Nancy Vera v. Eli Lilly & Co. |
| NYS 1 07-1741 | Akbar Parker v. Eli Lilly & Co. |
| NYS 1 07-1742 | Jose Rivera v. Eli Lilly & Co. |
| NYS 1 07-1743 | Antoinette Giordano, et al. v. Eli Lilly & Co. |
| **NEW YORK WESTERN** | |
| NYW 6 07-6125 | Gregory McCloud v. Eli Lilly & Co. |
| **TEXAS SOUTHERN** | |
| TXS 4 07-712 | Glenda Ball, et al. v. Eli Lilly & Co. |



**August Marziliano/NYED/02/USCOURTS**
04/20/2007 03:36 PM

To: ALMDml_Civil Docclerks, Greg Hughes/DCD/DC/USCOURTS@USCOURTS, Mona Zingrich/ILSD/07/USCOURTS@USCOURTS, Deborah_Weiss@ilsd.uscourts.gov, MDL_Inbox@insd.uscourts.gov, Mary Kaye Conery/MND/08/USCOURTS@USCOURTS, Lou Jean Gleason/MND/08/USCOURTS@USCOURTS, Mickie Shanklin/NJD/03/USCOURTS@USCOURTS, Charlie Sanders/NJD/03/USCOURTS@USCOURTS, Lourdes Aquino/NYSD/02/USCOURTS@USCOURTS, Antonia Espinell/NYSD/02/USCOURTS@USCOURTS, Jenny Horne/NYSD/02/USCOURTS@USCOURTS, Robbie Westmoreland/TXSD/05/USCOURTS@USCOURTS, Kathleen Murphy/TXSD/05/USCOURTS@USCOURTS, Jean Marie McCarthy/NYWD/02/USCOURTS@USCOURTS

cc: PANELMDL/DCA/JPML/USCOURTS@USCOURTS

bcc:

Subject: Fw: IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

PLEASE FORWARD THIS E-MAIL TO THE APPROPRIATE DEPUTY CLERK. ALSO, IF YOU WOULD LIKE ME TO SEND FUTURE E-MAILS TO SOMEONE ELSE, PLEASE NOTIFY ME ACCORDINGLY.

PLEASE DISREGARD THIS E-MAIL IF YOU HAVE ALREADY BEEN NOTIFIED AS TO THIS TRANSFER ORDER.

In accordance with the following **Conditional Transfer Order 82**, filed on 03-29-2007, the Eastern District of New York has opened the following case(s).

I have attached a copy of the Schedule which note your docket number(s), Case caption(s) and corresponding EDNY number(s).

I have also attached A Certified Copy of **Conditional Transfer Order 82, filed on 03-29-2007**. You may now close your case(s). We will capture a copy of the docket sheet and any necessary documents from your ECF system. You do not have to send us any documentation.

Please acknowledge receipt of this transfer.

 
cto-82.pdf    CTO 82 EDNY NUMBERS.pdf



**August Marziliano, Administrative Specialist / Budget Analyst**
**United States District Court, Eastern District of New York**
225 Cadman Plaza East
Brooklyn, New York 11201
Voice: 718-613-2332;  Fax: 718-613-2333
E-mail: August_Marziliano@nyed.uscourts.gov

# SCHEDULE CTO-82 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 07-191 | Barbara Haigler, etc. v. Eli Lilly & Co. | 07 CV 1655 |
| **DISTRICT OF COLUMBIA** | | |
| DC 1 07-405 | Stephen Whisenhunt v. Eli Lilly & Co. | 07 CV 1656 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 07-140 | Demont Davis v. Eli Lilly & Co. | 07 CV 1657 |
| **INDIANA SOUTHERN** | | |
| INS 1 07-184 | Christopher M. Gurzi v. Eli Lilly & Co. | 07 CV 1658 |
| INS 1 07-185 | Stanlene McCarty v. Eli Lilly & Co. | 07 CV 1659 |
| INS 1 07-186 | William E. Wood v. Eli Lilly & Co. | 07 CV 1660 |
| **MINNESOTA** | | |
| MN 0 07-1419 | Kenneth Unrue v. Eli Lilly & Co. | 07 CV 1661 |
| MN 0 07-1420 | Donald Simons v. Eli Lilly & Co. | 07 CV 1662 |
| MN 0 07-1445 | Amy Oberlin v. Eli Lilly & Co. | 07 CV 1663 |
| MN 0 07-1446 | Anna Medina, et al. v. Eli Lilly & Co. | 07 CV 1664 |
| **NEW JERSEY** | | |
| NJ 3 07-1080 | Sherry Guimoye v. Eli Lilly & Co. | 07 CV 1665 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-1740 | Nancy Vera v. Eli Lilly & Co. | 07 CV 1666 |
| NYS 1 07-1741 | Akbar Parker v. Eli Lilly & Co. | 07 CV 1667 |
| NYS 1 07-1742 | Jose Rivera v. Eli Lilly & Co. | 07 CV 1668 |
| NYS 1 07-1743 | Antoinette Giordano, et al. v. Eli Lilly & Co. | 07 CV 1669 |
| **NEW YORK WESTERN** | | |
| NYW 6 07-6125 | Gregory McCloud v. Eli Lilly & Co. | 07 CV 1671 |
| **TEXAS SOUTHERN** | | |
| TXS 4 07-712 | Glenda Ball, et al. v. Eli Lilly & Co. | 07 CV 1672 |